# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Atlantic Coast Container, Inc., individually and on behalf of others similarly situated _____ *Plaintiff(s)* v. China International Marine Containers (Group) Co., Ltd., et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 26-cv-06337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam J. Zapala
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# ATTACHMENT A

| Defendant | Address |
|---|---|
| China International Marine Containers (Group) Co., Ltd. | CIMC R&D Center<br>2 Gangwan Avenue<br>Shekou, Nanshan District, Shenzhen, China |
| CIMC USA, Inc. | c/o CSC – Lawyers Incorporating Service<br>Attn: Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles, or Frank Briceno<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| Shanghai Universal Logistics Equipment Co., Ltd. (also known as Dong Fang International Containers, DF, DFIC, and Dong Fang) | Building 4, Lane 1318,<br>Shangcheng Road,<br>Pudong New Area, Shanghai, China |
| CXIC Group Containers, Co. Ltd. | 11-12/F, Xincheng International Building<br>No. 88 Tong Jiang South Road<br>Changzhou, Jiangsu Province, 213003, China |
| Singamas Container Holdings Ltd. | 15th Floor, Allied Kajima Building<br>No. 138 Gloucester Road<br>Wanchai, Hong Kong |