Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Christian S. Ruano (SBN 352012)
Lauren Devens (SBN  364511)
**COTCHETT, PITRE & MCCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlantic Coast Container, Inc. and all others similarly situated,<br><br>      Direct Purchaser Plaintiffs,<br><br>      v.<br><br>China International Marine Containers Co., Ltd.,<br>CIMC USA, Inc.,<br>CXIC Group Containers Co. Ltd.,<br>Shanghai Universal Logistics Equipment Co., Ltd.,<br>Singamas Container Holdings Ltd., and<br>DOES 1-2,<br><br>      Defendants. | Civil Action No.: 5:26-cv-06337-NW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: June 24, 2026 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Pursuant to Local Civil Rule 6-1 of the United States District Court for the Northern District of California, Plaintiff Atlantic Coast Container, Inc., ("Plaintiff"), and Defendant CIMC USA, Inc. ("Defendant") by and through counsel, hereby stipulate and agree that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days from July 28, 2026, to August 27, 2026.

The requested modification will permit Defendant to identify and engage local counsel, and to prepare its response to the Complaint. There have been no previous time modifications in this matter, and the requested time modification will not alter the date of any event or deadline already fixed by Court order.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Adam J. Zapala*
Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Christopher S. Ruano (SBN 352012)
Lauren Devens (SBN 364511)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

***Counsel for Plaintiff and the Proposed Class***

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**          1

*/s/ Paul F. Enzinna*
Whitney Ellerman (D.C. Bar No. 420486)
Paul F. Enzinna (D.C. Bar No. 421819)
**Ellerman Enzinna Levy PLLC**
1050 30th Street, N.W.
Washington, DC 20007
+1 202.753.5553 (o)
wellerman@eellaw.com
penzinna@eellaw.com

***Counsel for Defendant CMC USA, Inc.***

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: July 28, 2026                                   /s/ *Adam J. Zapala*
                                                                    Adam J. Zapala

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**                3